IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| THERESSA C. LEVINE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:21-CV-00254 |
| | § | JUDGE MICHAEL J. TRUNCALE |
| ARS NATIONAL SERVICES, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER DISMISSING CASE

Before the Court is the Plaintiff's Notice of Voluntary Dismissal Without Prejudice. [Dkt. 6]. The plaintiff seeks a dismissal without prejudice as to the putative class claims pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). To the extent that the plaintiff's dismissal is not yet in effect, the putative class claims shall be dismissed without prejudice.

It is therefore ORDERED that the putative class claims are DISMISSED WITHOUT PREJUDICE. It is further ORDERED that plaintiff's individual claims are hereby DISMISSED WITH PREJUDICE.

It is also ORDERED that each party bear its own attorneys' fees and costs.

It is further ORDERED that all Court dates and pending deadlines are hereby vacated and that all pending motions are DENIED AS MOOT.

**SIGNED this 22nd day of September, 2021.**

Michael J. Truncale
United States District Judge